ATTESTATION OF CONCURRENCE IN FILING

<u>United States v. Adteractive, Inc.</u>, No. CV-07-5940 (N.D. Cal.)

      In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

      In addition, pursuant to the final sentence of Section X.(B) of General Order No. 45, I am attaching a scanned image of the signature pages, signed by the parties, of the document being electronically filed, in lieu of maintaining the paper record for subsequent production if required.

Dated: November 27, 2007                                                    /S/ John W. Burke
                                                                                     JOHN W. BURKE (VA Bar No. 72780)
                                                                                     Trial Attorney
                                                                                     Office of Consumer Litigation
                                                                                     U.S. Department of Justice
                                                                                     P.O. Box 386
                                                                                      Washington, DC 20044
                                                                                      (202) 353-2001
                                                                                      Josh.Burke@usdoj.gov

```
 1  FOR THE PLAINTIFF:
 2  UNITED STATES OF AMERICA:
 3  PETER D. KEISLER
    Assistant Attorney General
 4  Civil Division
    U.S. Department of Justice
 5
    EUGENE M. THIROLF
 6  Director,
    KENNETH L. JOST
 7  Deputy Director,
    Office of Consumer Litigation
 8
       [signature]
 9  JOHN W. BURKE
    Trial Attorney
10  Office of Consumer Litigation
    U.S. Department of Justice
11  P.O. Box 386
    Washington, D.C. 20044
12  PHONE: 202-353-2001
    FAX: 202-514-8742
13  EMAIL: Josh.Burke@usdoj.gov

14  FOR THE FEDERAL TRADE COMMISSION
15     [signature]
16  LOIS C. GREISMAN
    Associate Director for Marketing Practices
17     [signature]
18  Stephen L. Cohen
    Ethan Arenson
19  Attorneys, Federal Trade Commission
    600 Pennsylvania Ave., N.W.
20  Washington, D.C.  20580
21
22
23
24
25
26
27
28
```

```
 1 | FOR THE DEFENDANT:
 2 |
 3 | D. R. Freeman
   | ─────────────────────
   | D. Reed Freeman, Jr.
 4 | Kelley Drye Collier Shannon
   | 3050 K St., NW, Suite 400
   | Washington, D.C. 20007
 5 | 202-342-8880
 6 |
 7 | ─────────────────────
   | Adteractive, Inc.
 8 | BY: JOSH PETERSON  CHAIRMAN
 9 |
10 | ─────────────────────
   | Adteractive, Inc.
11 | BY: DIEGO CANOSO - VICE PRESIDENT
12 | 303 2nd Street, Suite 375
   | San Francisco, CA 94107
13 |
14 |     SO ORDERED this _____ day of _____, 2007.
15 |                                  ─────────────────────
                                      United States District Judge
```