ATTESTATION OF CONCURRENCE IN FILING

<u>United States v. Adteractive, Inc.</u>, No. CV-07-5940 (N.D. Cal.)

      In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

      In addition, pursuant to the final sentence of Section X.(B) of General Order No. 45, I am attaching a scanned image of the signature pages, signed by the parties, of the document being electronically filed, in lieu of maintaining the paper record for subsequent production if required.

Dated: November 27, 2007                             /S/ John W. Burke
                                                                   JOHN W. BURKE (VA Bar No. 72780)
                                                                   Trial Attorney
                                                                   Office of Consumer Litigation
                                                                   U.S. Department of Justice
                                                                   P.O. Box 386
                                                                   Washington, DC 20044
                                                                   (202) 353-2001
                                                                   Josh.Burke@usdoj.gov

Case 3:07-cv-05940-SI    Document 3-3    Filed 11/27/2007    Page 1 of 3

```
 1  FOR THE PLAINTIFF:

 2  UNITED STATES OF AMERICA:

 3  PETER D. KEISLER
    Assistant Attorney General
 4  Civil Division
    U.S. Department of Justice
 5
    EUGENE M. THIROLF
 6  Director,
    KENNETH L. JOST
 7  Deputy Director,
    Office of Consumer Litigation
 8
    /s/ John W. Burke
 9  JOHN W. BURKE
    Trial Attorney
10  Office of Consumer Litigation
    U.S. Department of Justice
11  P.O. Box 386
    Washington, D.C. 20044
12  PHONE: 202-353-2001
    FAX: 202-514-8742
13  EMAIL: Josh.Burke@usdoj.gov

14  FOR THE FEDERAL TRADE COMMISSION

15  /s/ Lois C. Greisman
16  LOIS C. GREISMAN
    Associate Director for Marketing Practices
17
    /s/ Stephen L. Cohen
18  Stephen L. Cohen
    Ethan Arenson
19  Attorneys, Federal Trade Commission
    600 Pennsylvania Ave., N.W.
20  Washington, D.C.  20580

21

22

23

24

25

26

27

28
```

Page 14 of 15

FOR THE DEFENDANT:

*D. R. Freeman*
D. Reed Freeman, Jr.
Kelley Drye Collier Shannon
3050 K St., NW, Suite 400
Washington, D.C. 20007
202-342-8880

_____ – chairman
Adteractive, Inc.
BY: JOSH PETERSON  CHAIRMAN

_____
Adteractive, Inc.
BY: DIEGO CANOSO - VICE PRESIDENT

303 2nd Street, Suite 375
San Francisco, CA 94107

**SO ORDERED** this _____ day of _____, 2007.

_____
United States District Judge